■ MILAN POWELL, Appellant, v. TRANS-AUTO SYSTEMS, INC., et al., Respondents.— Order of the Supreme Court, Dutchess County, dated June 12, 1968, affirmed, without costs. This third motion by plaintiff for summary judgment was properly denied. The practice of making successive motions for summary judgment, each based upon new factual assertions and proofs which were available to the movant from the outset, is to be discouraged (cf. *Levitz* v. *Robbins Music Corp.,* 17 A D 2d 801). In any event, there are present issues of fact as to plaintiff's contributory negligence. Christ, Acting P. J., Brennan, Rabin, Benjamin and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FAUST BLASETTI, Appellant.— On the court's motion, the notice of appeal and the order of this court dated January 22, 1968 which assigned counsel to prosecute the appeal are amended to show that the appeal is from an order of the County Court, Westchester County, dated November 27, 1967. It appears that that was the order intended to be appealed from; and both sides briefed the appeal as being from that order. (Code Crim. Pro., § 524-c.) Order dated November 27, 1967 affirmed. No opinion. Christ, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.